```
 1  CASPER J. RANKIN (SBN 249196)
    ARNOLD L. GRAFF (SBN 269170)
 2  JARED BISSELL (SBN 272687)
    PITE DUNCAN, LLP
 3  4375 Jutland Drive, Suite 200
    P.O. Box 17933
 4  San Diego, CA 92117-0933
    Telephone: (858) 750-7600
 5  Facsimile:  (619) 590-1385
```

FILED & ENTERED

MAY 17 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

Attorneys for GMAC MORTGAGE, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JANET ALVAREZ,<br><br>        Debtor(s) | Case No. 8:11-BK-13167-TA<br><br>Chapter 13<br><br>ORDER ON STIPULATION RE: AVOIDANCE OF LIEN<br><br>411 West Fourth Street<br>Santa Ana, CA 92701-4593 |

      GMAC MORTGAGE, LLC, by and through its counsel of record, Pite Duncan, LLP: Debtor, Janet Alvarez, by and through her attorney of record, Ralph Ascher; hereby stipulate to the Treatment of Creditor's Claim Pursuant to Debtor's Chapter 13 Plan in regards to the Real Property commonly described as 2 Windham Lane, Laguna Niguel, California 92677.

///
///
///
///
///

- 1 -

IT IS HEREBY ORDERED:

I.  The Stipulation Regarding Avoidance of Creditor's Lien that was filed on May 17, 2011 is hereby adopted as an Order of the Court.

###

DATED: May 17, 2011

*Theodor C. Albert*
United States Bankruptcy Judge

# PROOF OF SERVICE OF ORDER

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

The foregoing document described ORDER ON STIPULATION RE: AVOIDANCE OF LIEN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 17, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On May 17, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Theodor Albert
U.S. Bankruptcy Court,
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

Amrane (SA) Cohen
770 The City Dr So Ste #3300
Orange, CA 92868

Ralph Ascher
11022 Acacia Pkwy Ste D
Garden Grove, CA 92840

Janet Alvarez
2 Windham Lane
Laguna Niguel, CA 92677

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 6, 2011 | Daniel M. McClelland | /s/ Daniel M. McClelland |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER ON STIPULATION RE: AVOIDANCE OF LIEN was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 17, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Ralph Ascher    ralphascher@aol.com
Jared D Bissell    ecfcacb@piteduncan.com
Amrane (SA) Cohen (TR)    efile@ch13ac.com
Christopher M McDermott    ecfcacb@piteduncan.com
Josephine E Salmon    ecfcacbrs@piteduncan.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Janet Alvarez
2 Windham Lane
Laguna Niguel, CA 92677

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page